# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vlasov Dmitrii, et al., | **NO. CV-25-01605-PHX-SMB (CDB)** |
| Petitioners, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Unknown Party, | |
| Respondent. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 26, 2025, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is dismissed. Petitioner to take nothing and this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

August 11, 2025

s/ Rebecca Kobza
By   Deputy Clerk